UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-21160-RNS
(Miami Division)

KATHERINE AVILA

    Plaintiff,

vs.

EL TORO LOCO LLC and JOAQUIN
MARTINEZ, individually,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENAE**
**DUCES TECUM WITHOUT DEPOSITION TO NON-PARTIES**

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants, EL TORO LOCO LLC and JOAQUIN MARTINEZ, by and through undersigned counsel, will serve the attached two (2) subpoenae directed to non-parties, T-MOBILE USA, INC. **(Exhibit "1")** and METRO PCS **(Exhibit "2")** by process server and/or by other permissible means, if no timely objection is received. If no timely objection is received, the documents responsive to the subpoenae are to be delivered to Defendants' counsel on or before August 23, 2021, to: Sundeep K. Mullick, Esq., sunny@kuvinlaw.com, Law Office of Lowell J. Kuvin, LLC, 17 East Flagler St., Suite 223, Miami, Florida 33131, 305.358.6800.

Dated: August 9, 2021.

                                                  /s/ Sundeep K. Mullick
                                                Sundeep K. Mullick, Esq.
                                                Fla. Bar No.: 18175
                                                sunny@kuvinlaw.com
                                                Lowell J. Kuvin, Esq.
                                                Fla. Bar No.: 53072

1

lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin
17 East Flagler St., Suite 223
Miami, Florida 33131
Tele:   305.358.6800
Fax:    305.358.6808
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2021, I caused to be filed the foregoing document with the Court's CM/ECF system which will automatically send a copy to all registered counsel of record in this action.

/s/ Lowell Kuvin
Lowell Kuvin

2

Law Office of Lowell J. Kuvin
17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808