UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-21160-CV-SCOLA/GOODMAN

KATERINE AVILA,

    Plaintiff,

v.

EL TORO LOCO LLC D/B/A EL TORO LOCO
CHURRASCARIA, a Florida Limited Liability
Company and JOACQUIN MARTINEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING DOCUMENTS PURSUANT TO THE COURT'S ORDER ECF NO. 37**

Plaintiff, KATERINE AVILA ("Plaintiff"), pursuant to the Court's Order (ECF No. 37) hereby files her attorney's billing (Exhibit A).

Dated: September 16, 2021        Respectfully submitted,

                                      **PEREGONZA THE ATTORNEYS, PLLC**
                                      1414 NW 107th Ave,
                                      Suite 302
                                      Doral, FL 33172
                                      Tel. (786) 650-0202
                                      Fax. (786) 650-0200

                                      By: /s/Nathaly Saavedra
                                      Nathaly Saavedra, Esq.
                                      Fla. Bar No. 118315
                                      Email: nathaly@peregonza.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Nathaly Saavedra
Nathaly Saavedra, Esq.

## SERVICE LIST

Nathaly Saavedra, Esq.
Fla. Bar No. 118315
Email: nathaly@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202
Fax. (786) 650-0200

*Counsel for Plaintiff*


Lowell J. Kuvin, Esq.
Fla. Bar No.:53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami Florida 33131
Tele: 305.358.6800
Fax: 305.358.6808

Attorney for Defendants

Method of Service: CM/ECF notice